IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
Constar Int.'l              )
                            )
                            )
                            )
        v.                  )      C.A. 99-234 JJF
                            )
                            )
                            )
Continental Pet Tech        )
```

O R D E R

This __16__ day of __May__, 2005, it appearing that:

1. All non-sealed and non-expunged records are forwarded to the Federal Archives and Records Center (FARC) by the Clerk of this Court in accordance with the Records Disposition Program established by the Judicial Conference pursuant to 28 U.S.C. Section 457.

2. The policy of this Court is that case records are forwarded to the FARC after they have been maintained in this Court for a minimum period of six months after the final disposition of the case, unless otherwise ordered.

3. This case will be forwarded to the FARC after being held for the minimum period of six months.

4. During the course of proceedings in the above-entitled action, parties filed certain confidential papers under seal pursuant to a protective order of the Court.

5. The Clerk has requested an order be issued directing that the sealed documents be returned to the filing parties.

NOW, therefore, **IT IS ORDERED** that:

1. When the Clerk prepares the record of the above-entitled case for subsequent transfer to the FARC, he shall notify the parties that he will surrender the sealed documents to the filing parties on a stated date and that the parties shall make arrangements to receive them at the Clerk's Office on that date.

2. On the designated date, the Clerk shall surrender to the filing parties all sealed documents.

3. Any sealed documents in the record of this case shall remain sealed until disposed of in accordance with this order.

4. Should the filing parties fail to make arrangements for procuring the sealed documents on the designated date, the said documents shall be unsealed and thereafter be forwarded to the FARC in accordance with the Records Disposition Program.

5. After the designated date noted above, the Clerk shall arrange to forward the record of this case to the FARC in accordance with the policy of this Court.

/s/ Joseph J. Farnan
United States District Judge

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 17, 2005

**Donald F. Parsons, Jr.**
Delaware Court of Chancery
500 N. King Street
Wilmington, DE 19801

**William J. Wade**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

**Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

**Joanne Ceballos**
Balick & Balick
711 North King Street
Wilmington, DE 19801-3503

**William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

RE:   Constar Int'l v. Continental Pet Tech
      CA 99-234 JJF

Dear Counsel:

The Clerk's Office is currently in the process of preparing the above case for subsequent transfer to the National Archives and Records Center. Pursuant to the enclosed Order of the Court, *we would like counsel to claim the sealed documents mentioned in the Order by June 1 , 2005.* Please identify only sealed documents that you filed by docket item number. Documents in question have been identified on the provided docket sheet.

*If counsel does not claim the documents by the above date*, the Clerk will **unseal** any sealed documents and send them to the Records Center in accordance with the Order.

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

    Please contact John Palumbo at 573-6170 to arrange for claiming documents. We will prepare the documents for your retrieval and contact you when they are ready for pick-up.

Sincerely,
Peter T. Dalleo, Clerk of Court

By: _John Palumbo_
Deputy Clerk

Enc.

REDACTED VERSION OF DOCKET SHEET

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:99-cv-00234-JJF
## Internal Use Only

1.
Constar Int.'l v. Continental Pet Tech
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $0
Cause: 35:271 Patent Infringement

Date Filed: 04/08/1999
Jury Demand: None
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Crown Cork & Seal Technologies Corporation**
*TERMINATED: 01/22/2003*

represented by **Donald F. Parsons, Jr.**
Delaware Court of Chancery
500 N. King Street
Wilmington, DE 19801
(302) 577-2444
*TERMINATED: 01/22/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Constar International Inc.**

represented by **Donald F. Parsons, Jr.**
(See above for address)
*TERMINATED: 10/07/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: jbbefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**

**Chevron Phillips Chemical Company LP**

represented by **William J. Wade**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7718
Email: wade@rlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Chevron Research and Technology Company**

represented by **William J. Wade**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Continental Pet Technologies, Inc.**

represented by **Joanne Ceballos**
Balick & Balick
711 North King Street
Wilmington, DE 19801-3503
(302) 658-4265
Email: jceballos@balick.com
*TERMINATED: 07/10/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Horwitz**

          Potter Anderson & Corroon, LLP
          1313 N. Market St., Hercules Plaza,
          6th Flr.
          P.O. Box 951
          Wilmington, DE 19899-0951
          (302) 984-6000
          Email: rhorwitz@potteranderson.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **William J. Marsden, Jr.**
          Fish & Richardson, P.C.
          919 N. Market Street, Suite 1100
          P.O. Box 1114
          Wilmington, DE 19899-1114
          (302) 652-5070
          Email: marsden@fr.com
          *TERMINATED: 10/14/1999*
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Constar International Inc.**      represented by **Donald F. Parsons, Jr.**
          (See above for address)
          *TERMINATED: 10/07/2003*
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Jack B. Blumenfeld**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Continental Pet Technologies, Inc.**    represented by **Joanne Ceballos**
          (See above for address)
          *TERMINATED: 07/10/2000*
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

                    **William J. Marsden, Jr.**
(See above for address)
*TERMINATED: 10/14/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Richard L. Horwitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| | |
|---|---|
| **Crown Cork & Seal Technologies Corporation**<br>*TERMINATED: 01/22/2003* | represented by **Donald F. Parsons, Jr.**<br>(See above for address)<br>*TERMINATED: 01/22/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | |
|---|---|
| **Continental Pet Technologies, Inc.** | represented by **Joanne Ceballos**<br>(See above for address)<br>*TERMINATED: 07/10/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William J. Marsden, Jr.**<br>(See above for address)<br>*TERMINATED: 10/14/1999*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard L. Horwitz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | |
|---|---|
| **Chevron Phillips Chemical Company LP** | represented by **William J. Wade** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| | |
|---|---|
| **Chevron Research and Technology Company** | represented by **William J. Wade** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | |
|---|---|
| **Continental Pet Technologies, Inc.** | represented by **Joanne Ceballos** (See above for address) *TERMINATED: 07/10/2000* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | **Richard L. Horwitz** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | **William J. Marsden, Jr.** (See above for address) *TERMINATED: 10/14/1999* *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | |
|---|---|
| **Crown Cork & Seal Technologies Corporation**<br>*TERMINATED: 01/22/2003* | represented by **Donald F. Parsons, Jr.**<br>(See above for address)<br>*TERMINATED: 01/22/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2000 | 89 | MEMORANDUM IN SUPPORT Filed by Chevron Chemical, Chevron Research [88-1] motion to Intervene as a Plaintiff (SEALED) (sm) (Entered: 05/11/2000) |
| 05/30/2000 | 100 | INTERVENORS' COMPLAINT filed by Chevron Chemical Company LLC and Chevron Research and Technology Company (SEALED) (sm) (Entered: 06/02/2000) |
| 07/10/2000 | 112 | ANSWER and Counterclaim to Chevrons' Complaint by Crown Cork & Seal (SEALED) (sm) Modified on 07/11/2000 (Entered: 07/11/2000) |
| 07/10/2000 | 112 | ANSWER by Crown Cork & Seal to Cross-Claim of Co-Plaintiffs Chevron Chemical Company LLC and Chevron Research and Technology Company (SEALED) (sm) (Entered: 07/11/2000) |
| 08/18/2000 | 127 | Letter Brief to the Court dated 8/18/00 by Ricahrd L. Horwitz, Esq. (SEALED) (sm) (Entered: 08/21/2000) |
| 08/22/2000 | 129 | Letter to the Court dated 8/22/00 bvy William J. Wade, Esq. (SEALED) (sm) (Entered: 08/23/2000) |
| 10/17/2000 | 156 | OPPOSITION Filed by Chevron Chemical, Chevron Research [150-1] motion to Supplement [112-1] Counterclaim Pursuant to Federal Rule of Civil Procedure 15(d) - Reply Brief due 10/24/00 (SEALED) (sm) (Entered: 10/18/2000) |
| 02/02/2001 | 185 | OPPOSITION Filed by Chevron Chemical, Chevron Research [178-1] motion to Amend its Answer and Counterclaim to the Cross-Claim of Co-Plaintiffs Chevron Phillips Chemical Company LP and Chevron Research and Technology Company Pursuant to Federal Rule of Civil Procedure 15(a) - Reply Brief due 2/9/01 (SEALED) (sm) Modified on 02/08/2001 (Entered: 02/08/2001) |
| 03/09/2001 | 192 | Proposed pretrial order filed by Crown Cork & Seal, Chevron Chemical, Chevron Research (SEALED) (sm) (Entered: 03/12/2001) |
| 03/09/2001 | 193 | EXHIBITS to Stipulation of Uncontested Facts Filed by Crown Cork & Seal, Chevron Chemical, Chevron Research Appending Proposed Pretrial Order, D.I. 192 (SEALED) (sm) (Entered: 03/12/2001) |

| 03/23/2001 | 196 | AMENDED ANSWER and COUNTERCLAIM to crossclaim: amends [112-1] crossclaimant answer (SEALED) (sm) Modified on 12/02/2002 (Entered: 03/26/2001) |
|---|---|---|
| 04/13/2001 | 201 | REPLY by Chevron Chemical, Chevron Research to Crown Cork & Seal Technologies Corporation's Amended Counterclaim (SEALED) (sm) Modified on 04/16/2001 (Entered: 04/16/2001) |
| 11/19/2003 | 349 | Response Filed by Constar Intl. [344-1] motion to Compel Disposition Unconditionally Agreed to by Counsel and to Extend Deadline for Expert Reports - Reply Brief due 11/26/03. (SEALED) (afb) Modified on 11/21/2003 (Entered: 11/21/2003) |
| 11/19/2003 | 349 | CROSS MOTION by Constar Intl. to Compel Deposition of Steven Schmidt Opening brief due 12/3/03 re: [349-1] cross motion. (SEALED) (afb) (Entered: 11/21/2003) |