OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

6/1/05

**Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

RE: **Constar Int'l v. Continental Pet Tech**
**CA 99-234 JJF**

Dear Counsel:

Pursuant to the Order entered on 16th of May, 2005 by the Honorable Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS:   112, 196, 217, and 349.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _/s/ JL Pallo_

I hereby acknowledge receipt of the above mentioned documents

on _6-7-05_

_Chris Scargill_
Signature