OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

6/1/05

**William J. Wade**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

RE:    **Constar Int'l v. Continental Pet Tech**
       **CA 99-234 JJF**

Dear Counsel:

Pursuant to the Order entered on 16th of May, 2005 by the Honorable Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS:    89,100,129,156,185,192,193, and 201.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents

on 6/1/05.

_____
Signature