OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

6/1/05

**Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

RE:   **Constar Int'l v. Comtinental Pet Tech**
      **CA 99-234 JJF**

Dear Counsel:

Pursuant to the Order entered on 16th of May, 2005 by the Honorable Joseph J. Farnan, Jr., the following documents are herewith being returned to you:

ITEMS:    127.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents
on 6/2/05

_____
Signature